IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **BRADLEY M HOUSTON,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Case No. 5:25-cv-409-MTT-CHW |
| : | |
| **OFFICER WHITNEY,** : | |
| : | |
| **Defendant.** : | |
| : | |

## ORDER

*Pro se* Plaintiff Bradley M. Houston, an inmate at the Valdosta State Prison in Valdosta, Georgia, has filed a Complaint (ECF No. 1) and an Amended Complaint (ECF No. 3) seeking relief pursuant to 42 U.S.C. § 1983. Plaintiff also filed a motion to proceed *in forma pauperis* ("IFP") (ECF No. 4). The Court has reviewed Plaintiff's motion and finds it is incomplete. A prisoner seeking to proceed IFP must submit (1) an affidavit in support of his claim of indigence and (2) "a certified copy of [his] trust fund account statement (or institutional equivalent) . . . for the 6-month period immediately preceding the filing of the complaint." 28 U.S.C. § 1915(a)(1)-(2). Plaintiff has not submitted a certified copy of his trust fund account information. Without this information, the Court cannot determine whether Plaintiff is entitled to proceed IFP or calculate the average monthly deposits or the average monthly balance in Plaintiff's prison trust account as required by 28 U.S.C. § 1915(b)(1), which directs the district court to assess an initial partial filing fee when funds are available.

Plaintiff is thus **ORDERED** to either pay the Court's $405.00 filing fee in full or submit a complete and proper motion to proceed IFP within **FOURTEEN (14) DAYS** of the date of this Order. Plaintiff's motion must include a certified copy of his trust fund account statement for the six months prior to the filing of the Complaint in this action. The Clerk is **DIRECTED** to provide Plaintiff with a copy of the appropriate forms for this purpose, marked with the case number for the above-captioned action. Plaintiff is additionally instructed to notify the Court, in writing, of any change in his mailing address. **If Plaintiff does not timely and fully comply with this Order, this action may be dismissed.** There shall be no service of process in this case until further order of the Court.

**SO ORDERED**, this 27th day of October, 2025.

s/ Charles H. Weigle  
Charles H. Weigle  
United States Magistrate Judge