**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **BRADLEY M. HOUSTON,** | : | |
| | : | |
| **Plaintiff,** | : | **Case No. 5:25-cv-00409-MTT-CHW** |
| | : | |
| **v.** | : | |
| | : | |
| **Officer DA'JOHNAIE WHITNEY,** | : | |
| ***et al.*****,** | : | **Proceedings Under 42 U.S.C. §1983** |
| | : | **Before the U. S. Magistrate Judge** |
| **Defendant.** | : | |

**ORDER**

Pending before the Court is Defendant Whitney's Motion for Judgment on the Pleadings based upon Plaintiff's failure to exhaust administrative remedies prior to filing suit. (Doc. 26) and Plaintiff's motion to amend his complaint. (Doc. 30). Both motions have been fully briefed.

In what was docketed as a "Letter in Support of Amended Petition," Plaintiff for the first time argues that pursuant to standard operating procedures, counseling services was unavailable to him while he was in the prison infirmary, and he was therefore unable to access the grievance process. *See* (Doc. 34-2; 34-5, p. 1). To permit Defendant an opportunity to address this newly raised unavailability argument, Defendant is ordered to supplement her reply to the motion to dismiss to address this limited issue by November 17, 2026.

**SO ORDERED**, this 3rd day of November, 2026.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge